IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN



 




NO. 3-91-540-CR




ANDREW FREEMAN,



 APPELLANT


vs.





THE STATE OF TEXAS,



 APPELLEE


 



FROM THE DISTRICT COURT OF MILAM COUNTY, 20TH JUDICIAL DISTRICT



NO. 18,045, HONORABLE CHARLES E. LANCE, JUDGE


 





PER CURIAM

 Appellant's untimely pro se motion for extension of time to file notice of appeal
is overruled.

 The appeal is dismissed.



[Before Chief Justice Carroll, Justices Aboussie and Kidd]

Dismissed

Filed:  January 8, 1992

[Do Not Publish]